# United States District Court
## Violation Notice

**CVB Location Code:** KE21

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0BH000V | Little | 2554 |

F0BH000V

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/05/2024 13:38
**Offense Charged:** FED 36 CFR 261.6H
**Place of Offense:** 269 TOM ROBERTS RD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
REMOVING ANY TIMBER, TREE OR OTHER FOREST PRODUCT, EXCEPT AS AUTHORIZED BY A SPECIAL-USE AUTHORIZATION, TIMBER SALE CONTRACT, OR FEDERAL LAW OR REGULATION.

### DEFENDANT INFORMATION
**Phone:** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| GIBSON | JOSHUA | R |

**Street Address:** [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| STEARNS | KY | 42647 | [redacted]1989 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | ☐ | KY | |

[X] Adult  [ ] Juvenile   Sex [X] M [ ] F    Race | Hair | Eyes | Height | Weight

### VEHICLE
**VIN:**    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
PAY THIS AMOUNT    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street. London, Kentucky. 40741

**Date (mm/dd/yyyy):**
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0BH000V

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/05/2024 while exercising my duties as a law enforcement officer in the Eastern District of KY

On December 31, 2023, at approximately 14:00 hours, while following up on a timber theft investigation along the Sheltowee Trace Hiking Trail in the Stearns Ranger District of the Daniel Boone National Forest, I heard a chainsaw running nearby. Upon my investigation, I observed a man, later identified as Paul COFFEY, cutting a large tree in an area that I believed to be USFS property. I also observed a second man, I later identified as Josh GIBSON, assisting COFFEY. I returned to my vehicle and drove to COFFEY's property located at ▇▇▇▇▇▇▇▇ at approximately at 16:05 hours. Upon investigating the U.S. Forest Service (USFS) boundary, where I had observed COFFEY cutting, I located approximately 12 trees that had been cut and or removed on USFS property. This was determined by locating trees in the area with red USFS boundary paint. At approximately 16:22 hours, COFFEY walked down to my location along the boundary, and I explained that the cut trees were on USFS, and he disagreed. COFFEY told me that GIBSON had been helping him with the cutting and removal of the trees. In good faith, I returned on January 5, 2024, as promised, with the Stearns Ranger District Survey Technician to look at the boundary with COFFEY present to satisfy any doubts COFFEY had regarding the boundary. The Survey Technician confirmed that the trees were cut illegally on USFS property. At approximately 13:35 hours, I spoke with GIBSON. He told me he was unaware they had been cutting on USFS property.  At approximately 13:38 hours, I issued GIBSON violation notices for 36 CFR 261.6(a), Cutting or otherwise damaging any timber, tree, or other forest product, except as authorized by a special use authorization, timber sale contract, or Federal law or regulation and 36 CFR 261.6(h), Removing any timber, tree or other forest product, except as authorized by a special-use authorization, timber sale contract, or Federal law or regulation.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/05/2024
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | F0BH000W |
| Officer Name | Little |
| Officer No. | 2554 |

F0BH000W

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/05/2024 13:38
**Offense Charged:** FED 36 CFR 261.6A
**Place of Offense:** 269 TOM ROBERTS RD

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
CUTTING OR OTHERWISE DAMAGING ANY TIMBER, TREE, OR OTHER FOREST PRODUCT, EXCEPT AS AUTHORIZED BY A SPECIALUSE AUTHORIZATION, TIMBER SALE CONTRACT, OR FEDERAL LAW OR REGULATION.

### DEFENDANT INFORMATION

**Phone:** ▮▮▮▮▮

| Last Name | First Name | M.I. |
|---|---|---|
| GIBSON | JOSHUA | R |

**Street Address:** ▮▮▮▮▮

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| STEARNS | KY | 42647 | ▮▮/▮▮/1989 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| ▮▮▮▮▮ | ☐ | KY | |

[X] Adult   [ ] Juvenile   Sex [X] M  [ ] F   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN:   CMV ☐

Tag No.   State   Year   Make/Model /   PASS ☐   Color

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
PAY THIS AMOUNT   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street. London, Kentucky. 40741
**Date (mm/dd/yyyy):**
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F0BH000W

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on   01/05/2024   while exercising my duties as a law enforcement officer in the   Eastern   District of   KY

On December 31, 2023, at approximately 14:00 hours, while following up on a timber theft investigation along the Sheltowee Trace Hiking Trail in the Stearns Ranger District of the Daniel Boone National Forest, I heard a chainsaw running nearby. Upon my investigation, I observed a man, later identified as Paul COFFEY, cutting a large tree in an area that I believed to be USFS property. I also observed a second man, I later identified as Josh GIBSON, assisting COFFEY. I returned to my vehicle and drove to COFFEY's property located at ▮▮▮▮▮▮▮▮ at approximately at 16:05 hours. Upon investigating the U.S. Forest Service (USFS) boundary, where I had observed COFFEY cutting, I located approximately 12 trees that had been cut and or removed on USFS property. This was determined by locating trees in the area with red USFS boundary paint. At approximately 16:22 hours, COFFEY walked down to my location along the boundary, and I explained that the cut trees were on USFS, and he disagreed. COFFEY told me that GIBSON had been helping him with the cutting and removal of the trees. In good faith, I returned on January 5, 2024, as promised, with the Stearns Ranger District Survey Technician to look at the boundary with COFFEY present to satisfy any doubts COFFEY had regarding the boundary. The Survey Technician confirmed that the trees were cut illegally on USFS property. At approximately 13:35 hours, I spoke with GIBSON. He told me he was unaware they had been cutting on USFS property.  At approximately 13:38 hours, I issued GIBSON violation notices for 36 CFR 261.6(a), Cutting or otherwise damaging any timber, tree, or other forest product, except as authorized by a special use authorization, timber sale contract, or Federal law or regulation and 36 CFR 261.6(h), Removing any timber, tree or other forest product, except as authorized by a special-use authorization, timber sale contract, or Federal law or regulation.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   01/05/2024                         _[signature]_
                Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
                Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;      PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident